## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 15-6203 |
| DONALD HARING | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jonathan M. Peck, Assistant United States Attorney), and defendant Donald Haring (by Charles M. Moriarity, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through May 31, 2016; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and three prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have signed a plea agreement and need additional time to schedule a Rule 11 hearing;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 11 day of March, 2016:

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through May 31, 2016; and it is further

ORDERED that the period from the date this Order is signed through May 31, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STEVEN C. MANNION
United States Magistrate Judge

15-6203

RECEIVED IN THE CHAMBERS OF

MAR 10 2016

TIME: _____
HON. STEVEN C. MANNION, U.S.M.

Form and entry consented to:

Charles M. Moriarty, Esq.
Counsel for Defendant

Jonathan M. Peck
Assistant United States Attorney

Mary E. Toscano
Assistant U.S. Attorney
Deputy Chief, General Crimes Unit

Rachael A. Honig
Assistant United States Attorney
Deputy Chief, Criminal Division

2