UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

OFFICE:   TRENTON

DATE: June 29, 2016

Docket # 3:16-CR-301-01(FLW)

JUDGE  FREDA L. WOLFSON, U.S.D.J.

COURT REPORTER:  Vincent Russoniello

TITLE OF CASE:
UNITED STATES OF AMERICA
         vs.
DONALD HARING
         PRESENT

APPEARANCE:
Jonathan M. Peck, AUSA for Government
Charles M. Moriarty, Esq for Defendant

NATURE OF PROCEEDINGS:   WAIVER OF INDICTMENT

Ordered deft. sworn; deft. sworn.
Initial appearance held on Information.
Defendant advised of his/her rights, charges and penalties.
Waiver of indictment executed and filed.
INFORMATION filed.
PLEA:   GUILTY to Counts 1 & 2 of the Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved and accepted.
Rule 11 and Plea Agreement filed.
Ordered sentencing set for October 7, 2016 at 11:00 A.M.
Ordered bail continued as previously set.
Preliminary Order of forfeiture submitted.
Defendant Released.

Time commenced:   11:00 A.M.
Time Adjourned:    11:45 A.M.
Total Time: (45)

s/Jacqueline Gore
DEPUTY CLERK